IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KURT SCHUTZ,

Plaintiff,

v.

MICHAEL K. DAMING, LLC,

Defendant.

Case No. 19-cv-566 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 16, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                       *s/ Tina Gray*
                                         **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**